FILED

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

JUL 17 2009

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. CR 09-MJ-70624 PVT |
| Rene Gomez | ) | Charging District: Western District of MO |
| *Defendant* | ) | Charging District's Case No. 08-3105-13-CR-S-DGK |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

Place: United States District Court
1400 United States Courthouse
222 N. John Q Hammons Pkwy
Springfield, Missouri

Courtroom No.:

Date and Time: 8/5/09 at 9:30 AM

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 7/17/09

Patricia V. Trumbull
*Judge's signature*

PATRICIA V. TRUMBULL
*Printed name and title*